IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                             : CASE NO: 2:15-CR-38
                               : JUDGE SARGUS
CHRISTOPHER CLARK,

    Defendant,

    and

MORGAN STANLEY,

    Garnishee.

## AMENDED GARNISHEE ORDER

    This matter is before the Court on the amended Motion filed by Plaintiff United States of America, in which Plaintiff requests that the Court issue an Amended Garnishee Order requiring the Garnishee to liquidate Defendant's accounts in this matter and disburse 75% to the Clerk, U.S. District Court, 85 Marconi Blvd., Room 121, Columbus, OH 43215 and 25% to the IRS to be applied to the Defendant's tax liabilities. (Doc. No.69)

    **IT IS ORDERED** that Garnishee pay the aforementioned amount to Plaintiff.

12-14-2016
UNITED STATES DISTRICT JUDGE